IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,               Cr. No. S-10-0055 KJM

   vs.

JOSE SERRANO-VILLALOBOS,

        Movant.                 ORDER

_____/

      On December 20, 2013, movant filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  ECF No. 137.  On May 12, 2014, the court issued an order denying the motion, but giving movant leave to amend within thirty days of the date of the order.  Movant has not responded to the court's order.

      Accordingly, the motion to set aside Jose Serrano-Villalobos's sentence is dismissed; the Clerk is directed to close the companion civil case, 2:13-CV-02673 KJM.

      IT IS SO ORDERED.

DATED:  July 21, 2014.

_____
UNITED STATES DISTRICT JUDGE

1